# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

2/14/11

*Rec # 7866*
*2/7/11*
*$ 7.09*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: MOLINERO, JUAN / Case # 09-22798
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $7.09. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**●** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Highland Hospital        Amount $    0.83 Claim Register # 1

Claimant American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc    Amount $    1.74 Claim Register # 3

Claimant ESL Federal Credit Union    Amount $    4.52 Claim Register # 4

*[signature]*

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397
585 232 3730
FAX 585 232 3882
www.cdog.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP